In the Matter of the Application of STAFFORD HENDRIX, Appellant, for a Writ of Mandamus to the COURT OF SPECIAL SESSIONS OF THE CITY OF NEW YORK, Respondent.

*Matter of Hendrix,* 177 App. Div. 898, affirmed.
(Submitted June 12, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 9, 1917, which affirmed an order of Special Term denying a motion for a writ of mandamus directed to the justices of the Court of Special Sessions of the city of New York, borough of Brooklyn, commanding the said justices to vacate, set aside and expunge a *prima facie* void, invalid and illegal finding, entered October 16, 1912, and further commanding the said court and

justices to enter an order dismissing the *prima facie* void information filed in said court September 10, 1912, entitled the People against Stafford Hendrix, or in the alternative, if the court upon such application shall determine that the right of the applicant to the issuance of such peremptory writ of mandamus does not depend upon the question of law only, then, in that event, for an order directing that an alternative writ of mandamus issue out of and under the seal of this court directed to the Court of Special Sessions, second department, located in Brooklyn aforesaid, commanding the vacation of the *prima facie* void and illegal order and finding of October 16, 1912, in said court, and the entry of an order as of that date, dismissing said void information and discharging the defendant thereunder.

*Wilbur F. Hendrix* for appellant.

*Harry Lewis, District Attorney* (*Harry G. Anderson* of counsel), for respondent.

Order affirmed; no opinion.
Concur: HISCOCK, Ch. J., CUDDEBACK, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.